**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
**12/15**

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Identify Yourself**

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Stephen<br>First name<br><br>R.<br>Middle name<br><br>Allen<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-0822 |  |

Debtor 1   **Stephen R. Allen**

Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)

EINs

☐ I have not used any business name or EINs.

Business name(s)

EINs

---

**5. Where you live**

**1209 Algonquin Road**
**Crownsville, MD 21032-2119**
Number, Street, City, State & ZIP Code

**Anne Arundel**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

---

**6. Why you are choosing this district to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

---

Debtor 1   **Stephen R. Allen** _____     Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| | | | |
|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

- ■ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1 **Stephen R. Allen** Case number *(if known)*

**Part 3: Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No. Go to Part 4.

☐ Yes. Name and location of business

Name of business, if any

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

**Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes. What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

Debtor 1   **Stephen R. Allen**

Case number *(if known)*

---

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Stephen R. Allen**                                     Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Stephen R. Allen**
_____        _____
**Stephen R. Allen**                                          Signature of Debtor 2
Signature of Debtor 1

Executed on   **November  1, 2016**                 Executed on  _____
MM / DD / YYYY                                              MM / DD / YYYY

Debtor 1    **Stephen R. Allen**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| **/s/ Constance M. Hare** | Date | **November  1, 2016** |
|---|---|---|
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Constance M. Hare**
Printed name

**Mehlman, Greenblatt & Hare, LLC**
Firm name

**723 South Charles Street**
**Suite LL3**
**Baltimore, MD 21230**
Number, Street, City, State & ZIP Code

Contact phone    **(410) 547-0300**          Email address

**22512**
Bar number & State

---

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 7

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Stephen R. Allen** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

|  |  | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................ | $   **3,275,167.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................... | $   **54,272.86** |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................... | $   **3,329,439.86** |

### Part 2:  Summarize Your Liabilities

|  |  | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $   **7,323,819.74** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $   **39,848.93** |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $   **1,578,916.86** |
| | **Your total liabilities** | $   **8,942,585.53** |

### Part 3:  Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................. | $   **8,637.19** |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................... | $   **33,374.34** |

### Part 4:  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑  Yes

7. **What kind of debt do you have?**

   ☑  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Stephen R. Allen**                                        Case number *(if known)*

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                    $            8,637.19

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $            0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $         39,848.93 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $            0.00 |
| 9d. Student loans. (Copy line 6f.) | $            0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $            0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$            0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $         39,848.93 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

Debtor 1    **Stephen R. Allen**
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

| 1.1 | | |
|---|---|---|

**1209 Algonquin Road**
Street address, if available, or other description

**Crownsville**    **MD**    **21032-2119**
City        State    ZIP Code

**Anne Arundel**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**per Zillow.com (without deduction for costs and expenses of sale)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$958,505.00**

Current value of the portion you own?    **$958,505.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple, tenants by entireties**

☐ Check if this is community property (see instructions)

Debtor 1 **Stephen R. Allen**                                    Case number *(if known)*

**If you own or have more than one, list here:**

1.2

**7798 NE 8th Court**
Street address, if available, or other description

**Boca Raton      FL      33487-0000**

City                State        ZIP Code

**Palm Beach**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Per Zillow.com value of $1,606,032 with 8% deduction for costs and expenses of sale**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**$1,477,549.00**

**Current value of the portion you own?**

**$1,477,549.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple, tenants by entireties**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.3

**160 Channel Buoy Road**
Street address, if available, or other description

**Ocean City      MD      21842-0000**

City                State        ZIP Code

**Worcester**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**per Zillow.com (without deduction for costs and expenses of sale) (owned by the debtors, as tenants by entireties, as to an undivided 50% interest, and Patricia A. Shrader, as to an undivided 50% interest)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**$837,422.00**

**Current value of the portion you own?**

**$418,711.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple, tenants by entireties**

☐ **Check if this is community property**
(see instructions)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    Stephen R. Allen                                                        Case number *(if known)*

**1.4**    **If you own or have more than one, list here:**

**111 76th Street**
**Unit 105**
Street address, if available, or other description

**Ocean City**        **MD**    **21842-0000**
City                    State    ZIP Code

**Worcester**
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

■ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Per Zillow.com (without deduction for costs and expenses of sale)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$420,402.00** | **$420,402.00** |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple, tenants by entireties**

☐ **Check if this is community property**
(see instructions)

---

**2.**    **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................=>**    **$3,275,167.00**

| **Part 2:** | **Describe Your Vehicles** |
|---|---|

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.**    **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

**3.1**    Make:    **Hawthorne**
Model:    **trailer**
Year:    **2013**
Approximate mileage:  _____
Other information:

**Based upon internet value for similar trailer**

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,800.00** | **$1,800.00** |

**3.2**    Make:    **Chevrolet**
Model:    **Tahoe**
Year:    **2016**
Approximate mileage:    **6000**
Other information:

**per Kelley Blue Book**

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$45,673.00** | **$45,673.00** |

**4.**    **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

Debtor 1    **Stephen R. Allen**                                                    Case number *(if known)*

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here......................................................=>    | $47,473.00 |

---

**Part 3:    Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

| Couch, table, small table, table & chairs, china cabinet, chair, couch, chair, table, bed, dresser, 2 night stands, dresser, 2 night stands, dresser, 2 night stands, bed, 2 couches, table & chairs, chair, couch, pots and pans, dishes, flatware, small appliances, misc. outdoor furniture (all located in Crownsville property) | $1,500.00 |

| Table & 4 chairs, couch, loveseat, chair, table, pots and pans, dishes, flatware, small appliances, bed, dresser, 2 night stands, 2 twin beds, dresser, night stand, bed, dresser, 2 night stands (all located in the Ocean City condominium) | $800.00 |

| Couch, love seat, table, table, end table, bed, dresser, 2 night stands, small desk, chair, 2 twin beds, dresser, night stand, bed, dresser, 2 night stands, bed, 2 night stands, dresser, pots and pans, dishes, flatware, small appliances, outdoor furniture (all located in the Boca Raton property) | $1,000.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

| 5 tvs, stereo, 2 cellphones, printer (all located in Crownsville) | $350.00 |

| 4 tvs (located in Ocean City condominium) | $120.00 |

| 5 tvs, stereo, printer (located in Boca Raton property) | $300.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

| Pool table, golf clubs, 2 bicycles, broken bike, treadmill | $280.00 |

---

Debtor 1    **Stephen R. Allen**                                          Case number *(if known)*

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ☐ No
   ■ Yes.  Describe.....

| .22 caliber long rifle, 9 mm beretta | $115.00 |

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| 12 slacks, 4 jeans, misc. t-shirts | $100.00 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

| Wedding ring, watch | $150.00 |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes.  Describe.....

| 2 household pets | $0.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ☐ No
   ■ Yes.  Give specific information.....

| Lease dated 6/21/15 for 2015 BMW 650i | $0.00 |

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

| $4,715.00 |

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes..................................................................................................

Cash    $100.00

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................    Institution name:

Debtor 1    **Stephen R. Allen**               Case number *(if known)*

| | | | | |
|---|---|---|---|---|
| 17.1. | **Checking** | **Navy Federal Credit Union account ending 4191** | | **$1,115.55** |
| 17.2. | **Savings** | **Navy Federal Credit Union account ending 7915** | | **$10.00** |
| 17.3. | **Checking** | **Old Line Bank account ending 3463** | | **$59.31** |

18. **Bonds, mutual funds, or publicly traded stocks**
     *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
     ■ No
     ☐ Yes..................          Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
     ☐ No
     ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Saco, Inc. (company formed in 11/02; filed chapter 11 proceeding in US Bankruptcy Court for the District of Maryland, case no. 15-19174-JFS,  on 6/30/15; case dismissed in September, 2016)** | **100%** | % | **$0.00** |
| **Two Rivers Site Development, Inc.** | **100%** | % | **$0.00** |
| **Saco Construction Southeast Division LLC (Florida LLC formed 09/11 but has never done any business)** | **100** | % | **$0.00** |
| **Island Two Rivers JV, LLC - LLC formed in June, 2016 but has not done any business since inception** | **49%** | % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
     *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
     *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
     ■ No
     ☐ Yes. Give specific information about them
                 Issuer name:

21. **Retirement or pension accounts**
     *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
     ■ No
     ☐ Yes. List each account separately.
                 Type of account:          Institution name:

22. **Security deposits and prepayments**
     Your share of all unused deposits you have made so that you may continue service or use from a company
     *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
     ■ No
     ☐ Yes. ....................             Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
     ■ No
     ☐ Yes............       Issuer name and description.

---

Official Form 106A/B                Schedule A/B: Property                page  6

Debtor 1    **Stephen R. Allen** _____    Case number *(if known)* _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......
_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **The Cumberland Mutual Fire Insurance Company - homeowners policy for 160 Channel Buoy Road, Ocean City, MD 21841 (through 10/30/16)** | | **$0.00** |
| **The Cumberland Mutual Fire Insurance Company - homeowners policy for 1209 Algonquin Road, Crownsville, MD 21032 (through 7/15/07)** | | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No

Debtor 1    **Stephen R. Allen**                                   Case number *(if known)*

☐ Yes.  Give specific information..

33.  **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
     *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
     ☐ No
     ■ Yes.  Describe each claim.........

| | |
|---|---|
| **Cause of action arising for personal injury arising from car accident in Florida in July, 2015.  Other party has paid $25,000 policy limit; held in escrow by PI attorney and subject to medical liens - Debtor represented by Bruce Glotzer, Esquire, 5295 Town Center Drive, Boca Raton, Florida 33486 (561-361-8677).** | Unknown |
| **Cause of action for medical negligence arising from first surgery performed as a result of above-referenced auto accident.** | Unknown |

34.  **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
     ■ No
     ☐ Yes.  Describe each claim.........

35.  **Any financial assets you did not already list**
     ■ No
     ☐ Yes.  Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here....................................................................................**   **$1,284.86**

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37.  **Do you own or have any legal or equitable interest in any business-related property?**
     ☐ No. Go to Part 6.
     ■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38.  **Accounts receivable or commissions you already earned**
     ■ No
     ☐ Yes.  Describe.....

39.  **Office equipment, furnishings, and supplies**
     *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
     ☐ No
     ■ Yes.  Describe.....

| | |
|---|---|
| **4 desks, 4 computers, 10 chairs, printer, copier, fax machine, telephones** | $600.00 |

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
     ☐ No
     ■ Yes.  Describe.....

Debtor 1    **Stephen R. Allen**                                    Case number *(if known)*

| | |
|---|---|
| **Saw, drills, shovels** | **$200.00** |

41. **Inventory**
- ■ No
- ☐ Yes. Describe.....

42. **Interests in partnerships or joint ventures**
- ■ No
- ☐ Yes. Give specific information about them...................
  - Name of entity:                          % of ownership:

43. **Customer lists, mailing lists, or other compilations**
- ■ No.
- ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
  - ■ No
  - ☐ Yes. Describe.....

44. **Any business-related property you did not already list**
- ■ No
- ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**...............................................................................................

| |
|---|
| **$800.00** |

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes. Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
- ☐ No
- ■ Yes. Give specific information.........

| | |
|---|---|
| **Boca Raton Resorts and Club membership - account closed by club for nonpayment of dues** | Unknown |

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

| |
|---|
| **$0.00** |

Debtor 1    **Stephen R. Allen**                                             Case number *(if known)*

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | |
|---|---|---:|
| 55. | **Part 1: Total real estate, line 2** ........................................................................................................... | **$3,275,167.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$47,473.00** |
| 57. | **Part 3: Total personal and household items, line 15** | **$4,715.00** |
| 58. | **Part 4: Total financial assets, line 36** | **$1,284.86** |
| 59. | **Part 5: Total business-related property, line 45** | **$800.00** |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |
| 61. | **Part 7: Total other property not listed, line 54**                            + | **$0.00** |
| 62. | **Total personal property.** Add lines 56 through 61...           **$54,272.86**    Copy personal property total | **$54,272.86** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | **$3,329,439.86** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Stephen R. Allen** |
| | First Name _____ Middle Name _____ Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name _____ Middle Name _____ Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                                       4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1209 Algonquin Road Crownsville, MD 21032-2119  Anne Arundel County per Zillow.com (without deduction for costs and expenses of sale)**<br>Line from *Schedule A/B*: **1.1** | $958,505.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(2)** |
| **160 Channel Buoy Road Ocean City, MD 21842  Worcester County per Zillow.com (without deduction for costs and expenses of sale) (owned by the debtors, as tenants by entireties, as to an undivided 50% interest, and Patricia A. Shrader, as to an undivided 50**<br>Line from *Schedule A/B*: **1.3** | $418,711.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| **111 76th Street Unit 105 Ocean City, MD 21842  Worcester County Per Zillow.com (without deduction for costs and expenses of sale)**<br>Line from *Schedule A/B*: **1.4** | $420,402.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2013 Hawthorne trailer**<br>**Based upon internet value for similar trailer**<br>Line from *Schedule A/B*: **3.1** | $1,800.00 | ■ $1,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) |
| **Couch, table, small table, table & chairs, china cabinet, chair, couch, chair, table, bed, dresser, 2 night stands, dresser, 2 night stands, dresser, 2 night stands, bed, 2 couches, table & chairs, chair, couch, pots and pans, dishes, flatware, small appli**<br>Line from *Schedule A/B*: **6.1** | $1,500.00 | ■ $900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4) |
| **Couch, table, small table, table & chairs, china cabinet, chair, couch, chair, table, bed, dresser, 2 night stands, dresser, 2 night stands, dresser, 2 night stands, bed, 2 couches, table & chairs, chair, couch, pots and pans, dishes, flatware, small appli**<br>Line from *Schedule A/B*: **6.1** | $1,500.00 | ■ $385.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) |
| **Couch, table, small table, table & chairs, china cabinet, chair, couch, chair, table, bed, dresser, 2 night stands, dresser, 2 night stands, dresser, 2 night stands, bed, 2 couches, table & chairs, chair, couch, pots and pans, dishes, flatware, small appli**<br>Line from *Schedule A/B*: **6.1** | $1,500.00 | ■ $215.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) |
| **Table & 4 chairs, couch, loveseat, chair, table, pots and pans, dishes, flatware, small appliances, bed, dresser, 2 night stands, 2 twin beds, dresser, night stand, bed, dresser, 2 night stands (all located in the Ocean City condominium)**<br>Line from *Schedule A/B*: **6.2** | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) |
| **Couch, love seat, table, table, end table, bed, dresser, 2 night stands, small desk, chair, 2 twin beds, dresser, night stand, bed, dresser, 2 night stands, bed, 2 night stands, dresser, pots and pans, dishes, flatware, small appliances, outdoor furniture**<br>Line from *Schedule A/B*: **6.3** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) |
| **5 tvs, stereo, 2 cellphones, printer (all located in Crownsville)**<br>Line from *Schedule A/B*: **7.1** | $350.00 | ■ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1) |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **4 tvs (located in Ocean City condominium)**<br>Line from *Schedule A/B*: **7.2** | $120.00 | ■ $120.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1)** |
| **5 tvs, stereo, printer (located in Boca Raton property)**<br>Line from *Schedule A/B*: **7.3** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| **Pool table, golf clubs, 2 bicycles, broken bike, treadmill**<br>Line from *Schedule A/B*: **9.1** | $280.00 | ■ $280.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1)** |
| **.22 caliber long rifle, 9 mm beretta**<br>Line from *Schedule A/B*: **10.1** | $115.00 | ■ $115.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1)** |
| **12 slacks, 4 jeans, misc. t-shirts**<br>Line from *Schedule A/B*: **11.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4)** |
| **Wedding ring, watch**<br>Line from *Schedule A/B*: **12.1** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| **Checking: Navy Federal Credit Union account ending 4191**<br>Line from *Schedule A/B*: **17.1** | $1,115.55 | ■ $1,115.55<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| **Savings: Navy Federal Credit Union account ending 7915**<br>Line from *Schedule A/B*: **17.2** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| **Checking: Old Line Bank account ending 3463**<br>Line from *Schedule A/B*: **17.3** | $59.31 | ■ $59.31<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| **Cause of action arising for personal injury arising from car accident in Florida in July, 2015.  Other party has paid $25,000 policy limit; held in escrow by PI attorney and subject to medical liens - Debtor represented by Bruce Glotzer, Esquire, 5295 Town**<br>Line from *Schedule A/B*: **33.1** | Unknown | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2)** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Cause of action for medical negligence arising from first surgery performed as a result of above-referenced auto accident.**<br>Line from *Schedule A/B*: **33.2** | **Unknown** | ■              **100%**<br>☐  100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2)** |
| **4 desks, 4 computers, 10 chairs, printer, copier, fax machine, telephones**<br>Line from *Schedule A/B*: **39.1** | **$600.00** | ■         **$600.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(1)** |
| **Saw, drills, shovels**<br>Line from *Schedule A/B*: **40.1** | **$200.00** | ■         **$200.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(1)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1    **Stephen R. Allen**
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)    _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number
(if known)    _____

☐ Check if this is an
amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space
is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case
number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

| 2.1 | **Bay One Condominium Association**<br>Creditor's Name<br><br>**c/o James W. Almand, Esquire**<br>**Ayres Jenkins Gordy & Almand PA**<br>**6200 Coastal Highway, Suite 200**<br>**Ocean City, MD 21842**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br><br>**111 76th Street Unit 105 Ocean City, MD 21842  Worcester County**<br>**Per Zillow.com (without deduction for costs and expenses of sale)** | **$6,708.88** | **$420,402.00** | **$6,708.88** |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **HOA Lien**

Date debt was incurred    **10/18/16**          Last 4 digits of account number    _____

| 2.2 | **Bayview Loan Servicing, LLC**<br>Creditor's Name<br><br><br>**P.O. Box 650091**<br>**Dallas, TX 75265-0091**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br><br>**7798 NE 8th Court Boca Raton, FL 33487  Palm Beach County**<br>**Per Zillow.com value of $1,606,032 with 8% deduction for costs and expenses of sale** | **$189,965.40** | **$1,477,549.00** | **$0.00** |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Stephen R. Allen**                                          Case number (if know)
_____
First Name        Middle Name        Last Name

■ At least one of the debtors and another      ☐ Judgment lien from a lawsuit
☐ Check if this claim relates to a              ■ Other (including a right to offset)    **Second Mortgage**
community debt                                                                    _____

Date debt was incurred  **04/07**              Last 4 digits of account number    **9260**

---

| 2.3 | **BMW Financial Services** | Describe the property that secures the claim: | $10,057.01 | $0.00 | $10,057.01 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**Lease dated 6/21/15 for 2015 BMW 650i**

P.O. Box 3608
Dublin, OH 43016-0306
_____
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)    _____

Date debt was incurred  **6/15**              Last 4 digits of account number    **6971**

---

| 2.4 | **Ditech** | Describe the property that secures the claim: | $238,195.59 | $420,402.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**111 76th Street Unit 105 Ocean City, MD 21842  Worcester County
Per Zillow.com (without deduction for costs and expenses of sale)**

P.O. Box 6172
Rapid City, SD
57709-6172
_____
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **First Mortgage**

Date debt was incurred  **01/08**              Last 4 digits of account number    **8795**

---

| 2.5 | **Internal Revenue Service** | Describe the property that secures the claim: | $252,154.09 | $837,422.00 | $252,154.09 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**160 Channel Buoy Road Ocean City, MD 21842  Worcester County
per Zillow.com (without deduction for costs and expenses of sale)
(owned by the debtors, as tenants by entireties, as to an undivided 50% interest, and Patricia A. Shrader, as to**

P.O. Box 7346
Philadelphia, PA
19101-7346
_____
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  **Stephen R. Allen**
      First Name        Middle Name        Last Name

Case number (if know) _____

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **12/23/13**        Last 4 digits of account number _____

---

| 2.6 | **Internal Revenue Service** | Describe the property that secures the claim: | $252,154.09 | $420,402.00 | $69,947.68 |
|---|---|---|---|---|---|

Creditor's Name

**111 76th Street Unit 105 Ocean City, MD 21842  Worcester County Per Zillow.com (without deduction for costs and expenses of sale)**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**P.O. Box 7346 Philadelphia, PA 19101-7346**
Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred  **12/23/13 (for 2012 taxes)**        Last 4 digits of account number _____

---

| 2.7 | **Internal Revenue Service** | Describe the property that secures the claim: | $486,631.96 | $837,422.00 | $486,631.96 |
|---|---|---|---|---|---|

Creditor's Name

**160 Channel Buoy Road Ocean City, MD 21842  Worcester County per Zillow.com (without deduction for costs and expenses of sale) (owned by the debtors, as tenants by entireties, as to an undivided 50% interest, and Patricia A. Shrader, as to**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**P.O. Box 7346 Philadelphia, PA 19101-7346**
Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred  **12/23/13 (for 2009, 2010 and 2011 taxes)**        Last 4 digits of account number _____

---

| 2.8 | **Internal Revenue Service** | Describe the property that secures the claim: | $486,631.96 | $420,402.00 | $486,631.96 |
|---|---|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Stephen R. Allen**                                    Case number (if know) _____

First Name    Middle Name    Last Name

Creditor's Name

**111 76th Street Unit 105 Ocean City, MD 21842  Worcester County Per Zillow.com (without deduction for costs and expenses of sale)**

**P.O. Box 7346 Philadelphia, PA 19101-7346**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **12/23/13 (for 2009, 2010 and 2011 taxes)**    Last 4 digits of account number _____

---

| 2.9 | **Internal Revenue Service** | Describe the property that secures the claim: | $252,154.09 | $1,477,549.00 | $213,320.26 |

Creditor's Name

**7798 NE 8th Court Boca Raton, FL 33487  Palm Beach County Per Zillow.com value of $1,606,032 with 8% deduction for costs and expenses of sale**

**P.O. Box 7346 Philadelphia, PA 19101-7346**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **01/06/14**    Last 4 digits of account number _____

---

| 2.1 0 | **Internal Revenue Service** | Describe the property that secures the claim: | $486,631.96 | $1,477,549.00 | $486,631.96 |

Creditor's Name

**7798 NE 8th Court Boca Raton, FL 33487  Palm Beach County Per Zillow.com value of $1,606,032 with 8% deduction for costs and expenses of sale**

**P.O. Box 7346 Philadelphia, PA 19101-7346**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page  4 of 10

Debtor 1  **Stephen R. Allen**

First Name          Middle Name          Last Name

Case number (if know) _____

- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a
  community debt

- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred  **01/06/14**          Last 4 digits of account number _____

---

| 2.1 1 | **Ocwen Loan Servicing, LLC** | | | $1,197,213.93 | $958,505.00 | $238,708.93 |
|---|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**1209 Algonquin Road Crownsville, MD 21032-2119  Anne Arundel County**
**per Zillow.com (without deduction for costs and expenses of sale)**

**P.O. Box 24738**
**West Palm Beach, FL 33416-4738**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)    **First Mortgage** _____

Date debt was incurred  **09/05**          Last 4 digits of account number    **4832**

---

| 2.1 2 | **Old Line Bank** | | | $95,121.50 | $958,505.00 | $95,121.50 |
|---|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**1209 Algonquin Road Crownsville, MD 21032-2119  Anne Arundel County**
**per Zillow.com (without deduction for costs and expenses of sale)**

**1525 Pointer Ridge Place**
**Bowie, MD 20716**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ■ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred  **10/30/15**          Last 4 digits of account number _____

---

| 2.1 3 | **Old Line Bank** | | | $119,046.98 | $958,505.00 | $119,046.98 |
|---|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**1209 Algonquin Road Crownsville, MD 21032-2119  Anne Arundel County**
**per Zillow.com (without deduction for costs and expenses of sale)**

**1525 Pointer Ridge Place**
**Bowie, MD 20716**

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 10

Debtor 1  **Stephen R. Allen**

Case number (if know) _____

First Name        Middle Name        Last Name

_____
Number, Street, City, State & Zip Code

☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred  **10/30/15**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

| 2.1 4 | **Old Line Bank** | Describe the property that secures the claim: | $95,121.50 | $837,422.00 | $95,121.50 |
|---|---|---|---|---|---|

Creditor's Name

**160 Channel Buoy Road Ocean City, MD 21842  Worcester County per Zillow.com (without deduction for costs and expenses of sale) (owned by the debtors, as tenants by entireties, as to an undivided 50% interest, and Patricia A. Shrader, as to**

**1525 Pointer Ridge Place Bowie, MD 20716**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred  **12/30/15**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

| 2.1 5 | **Old Line Bank** | Describe the property that secures the claim: | $119,046.98 | $837,422.00 | $119,046.98 |
|---|---|---|---|---|---|

Creditor's Name

**160 Channel Buoy Road Ocean City, MD 21842  Worcester County per Zillow.com (without deduction for costs and expenses of sale) (owned by the debtors, as tenants by entireties, as to an undivided 50% interest, and Patricia A. Shrader, as to**

**1525 Pointer Ridge Place Bowie, MD 20716**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 10

Debtor 1  **Stephen R. Allen**
    First Name        Middle Name        Last Name

Case number (if know) _____

Date debt was incurred  **01/26/16**      Last 4 digits of account number  _____

---

| 2.1 6 | **Old Line Bank** | Describe the property that secures the claim: | $95,121.50 | $420,402.00 | $95,121.50 |
|---|---|---|---|---|---|

Creditor's Name

**111 76th Street Unit 105 Ocean City, MD 21842  Worcester County Per Zillow.com (without deduction for costs and expenses of sale)**

**1525 Pointer Ridge Place Bowie, MD 20716**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **12/30/15**      Last 4 digits of account number  _____

---

| 2.1 7 | **Old Line Bank** | Describe the property that secures the claim: | $119,046.98 | $420,402.00 | $119,046.98 |
|---|---|---|---|---|---|

Creditor's Name

**111 76th Street Unit 105 Ocean City, MD 21842  Worcester County Per Zillow.com (without deduction for costs and expenses of sale)**

**1525 Pointer Ridge Place Bowie, MD 20716**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **01/26/16**      Last 4 digits of account number  _____

---

| 2.1 8 | **Patricia Shrader** | Describe the property that secures the claim: | $188,000.00 | $837,422.00 | $188,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**160 Channel Buoy Road Ocean City, MD 21842  Worcester County per Zillow.com (without deduction for costs and expenses of sale) (owned by the debtors, as tenants by entireties, as to an undivided 50% interest, and Patricia A. Shrader, as to**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page  7 of 10

Debtor 1  **Stephen R. Allen**                                          Case number (if know) _____

     First Name         Middle Name         Last Name

☐ Debtor 1 only          ☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only       ☐ Statutory lien (such as tax lien, mechanic's lien)

■ At least one of the debtors and another     ☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a       ■ Other (including a right to offset)   **Right of contribution**
    community debt

Date debt was incurred  **04/04**        Last 4 digits of account number  _____

---

| 2.19 | **PNC Bank** | Describe the property that secures the claim: | $119,841.95 | $958,505.00 | $119,841.95 |
|---|---|---|---|---|---|

Creditor's Name

**1209 Algonquin Road Crownsville, MD 21032-2119  Anne Arundel County**
**per Zillow.com (without deduction for costs and expenses of sale)**

**P.O. Box 535230**
**Pittsburgh, PA 15253**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☐ Debtor 1 only          ☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only       ☐ Statutory lien (such as tax lien, mechanic's lien)

■ At least one of the debtors and another     ☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a       ■ Other (including a right to offset)   **Second Mortgage**
    community debt

Date debt was incurred  **11/05**        Last 4 digits of account number  **2004**

---

| 2.20 | **Santander Consumer USA** | Describe the property that secures the claim: | $50,223.62 | $45,673.00 | $4,550.62 |
|---|---|---|---|---|---|

Creditor's Name

**P.O. Box 961245**
**Fort Worth, TX 76161-1245**

Number, Street, City, State & Zip Code

**2016 Chevrolet Tahoe 6000 miles per Kelley Blue Book**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only          ☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only       ☐ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another     ☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a       ■ Other (including a right to offset)   **Purchase money lien**
    community debt

Date debt was incurred  **02/16**        Last 4 digits of account number  **9496**

---

| 2.21 | **SLS** | Describe the property that secures the claim: | $1,248,749.77 | $1,477,549.00 | $0.00 |
|---|---|---|---|---|---|

---

Debtor 1  **Stephen R. Allen**                                                    Case number (if know) _____
_____
First Name        Middle Name          Last Name

| | |
|---|---|
| Creditor's Name | **7798 NE 8th Court Boca Raton, FL 33487  Palm Beach County Per Zillow.com value of $1,606,032 with 8% deduction for costs and expenses of sale** |

**8742 Lucent Boulevard, Suite 300 Littleton, CO 80129**
_____
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **First Mortgage**

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Date debt was incurred  04/07**            **Last 4 digits of account number  3298**

---

| 2.22 | **Suntrust Bank** | Describe the property that secures the claim: | $1,216,000.00 | $837,422.00 | $378,578.00 |
|---|---|---|---|---|---|

Creditor's Name

**160 Channel Buoy Road Ocean City, MD 21842  Worcester County per Zillow.com (without deduction for costs and expenses of sale) (owned by the debtors, as tenants by entireties, as to an undivided 50% interest, and Patricia A. Shrader, as to**

**Client Services P.O. Box 26149 Richmond, VA 23260**
_____
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **First Mortgage**

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Date debt was incurred  11/07**            **Last 4 digits of account number  2525**

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$7,323,819.74** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$7,323,819.74** |

**Part 2:**   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐   Name, Number, Street, City, State & Zip Code
**BWW Law Group LLC
6003 Executive Blvd., Suite 101
Rockville, MD 20852**

On which line in Part 1 did you enter the creditor?  **2.22**

Last 4 digits of account number  __

Debtor 1    **Stephen R. Allen**                                                    Case number (if know) _____

First Name          Middle Name          Last Name

☐ | Name, Number, Street, City, State & Zip Code | On which line in Part 1 did you enter the creditor?  **2.12**
**Gregory R. Hislop, Esquire**
**McNamee Hosea Jernigan Kim Greenan** | Last 4 digits of account number ___
**888 Bestgate Road, Suite 304**
**Annapolis, MD 21401**

☐ | Name, Number, Street, City, State & Zip Code | On which line in Part 1 did you enter the creditor?  **2.11**
**Laura H.G. O'Sullivan, Esquire**
**McCabe, Weisberg & Conway, LLC** | Last 4 digits of account number ___
**312 Marshall Avenue, Suite 800**
**Laurel, MD 20707**

Official Form 106D                Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                page 10 of 10

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Stephen R. Allen** |
| | First Name                 Middle Name                 Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                 Middle Name                 Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:   List All of Your PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.   **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Government of District of Columbia** | | | |
|---|---|---|---|---|

Priority Creditor's Name

**Office of Chief Financial Officer**
**Office of Tax and Revenue**
**1101 4th Street SW**
**Washington, DC 20024**

Number Street City State Zip Code

Last 4 digits of account number _____     Unknown     Unknown     Unknown

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify  _____

**Obligation arising from operation of SACO, Inc. - listed for disclosure only**

Debtor 1  **Stephen R. Allen**                                    Case number (if know)

---

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number | **2014** | **$29,768.93** | **$29,768.93** | **$0.00** |

Priority Creditor's Name

**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

■ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

Is the claim subject to offset?

☐ Domestic support obligations

■ No
☐ Yes

■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

| 2.3 | **Internal Revenue Service** | Last 4 digits of account number | | **Unknown** | **Unknown** | **Unknown** |

Priority Creditor's Name

**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

■ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

Is the claim subject to offset?

☐ Domestic support obligations

■ No
☐ Yes

■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

| 2.4 | **Montgomery County, Maryland** | Last 4 digits of account number | | **Unknown** | **Unknown** | **Unknown** |

Priority Creditor's Name

**Office of the County Attorney**
**101 Monroe Street, 4th Floor**
**Rockville, MD 20850-2540**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

■ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

Is the claim subject to offset?

☐ Domestic support obligations

■ No
☐ Yes

■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

Debtor 1   **Stephen R. Allen**                                    Case number (if know)

---

**2.5**   **Prince George's County Maryland**   | Last 4 digits of account number ____   **Unknown**   **Unknown**   **Unknown**
Priority Creditor's Name
**County Administration Building**
**Upper Marlboro, MD 20772**            When was the debt incurred? _____
Number Street City State Zip Code

**Who incurred the debt?** Check one.         **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                               ☐ Contingent

☐ Debtor 2 only                               ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ■ Disputed

☐ At least one of the debtors and another     **Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**   ☐ Domestic support obligations

**Is the claim subject to offset?**            ■ Taxes and certain other debts you owe the government

■ No                                          ☐ Claims for death or personal injury while you were intoxicated

☐ Yes                                         ☐ Other. Specify _____

                                              **Obligation arising from operation of SACO, Inc. -**
                                              **listed for disclosure only**

---

**2.6**   **State of Maryland**              | Last 4 digits of account number ____   **$10,080.00**   **$10,080.00**   **$0.00**
Priority Creditor's Name
**Comptroller of Treasury**
**Compliance Division**
**110 Carroll Street**                        When was the debt incurred? _____
**Annapolis, MD 21411**
Number Street City State Zip Code

**Who incurred the debt?** Check one.         **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                               ☐ Contingent

☐ Debtor 2 only                               ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ■ Disputed

☐ At least one of the debtors and another     **Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**   ☐ Domestic support obligations

**Is the claim subject to offset?**            ■ Taxes and certain other debts you owe the government

■ No                                          ☐ Claims for death or personal injury while you were intoxicated

☐ Yes                                         ☐ Other. Specify _____

                                              **Obligation arising from operation of SACO, Inc.**

---

**2.7**   **State of Maryland**              | Last 4 digits of account number ____   **Unknown**   **Unknown**   **Unknown**
Priority Creditor's Name
**Sales and Use Tax Division**
**301 W. Preston Street, Room 409**          When was the debt incurred? _____
**Baltimore, MD 21201**
Number Street City State Zip Code

**Who incurred the debt?** Check one.         **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                               ☐ Contingent

☐ Debtor 2 only                               ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ■ Disputed

☐ At least one of the debtors and another     **Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**   ☐ Domestic support obligations

**Is the claim subject to offset?**            ■ Taxes and certain other debts you owe the government

■ No                                          ☐ Claims for death or personal injury while you were intoxicated

☐ Yes                                         ☐ Other. Specify _____

                                              **Obligation arising from operation of SACO, Inc. -**
                                              **listed for disclosure only**

---

Debtor 1    Stephen R. Allen                                Case number (if know) _____

---

| 2.8 | **State of Maryland DLLR** | Last 4 digits of account number _____ | Unknown | Unknown | Unknown |

Priority Creditor's Name

**Office of Unemployment Ins.**
**Litigation and Prosecution Unit**
**1100 N. Eutaw Street, Room 401**
**Baltimore, MD 21201**

When was the debt incurred?    _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- [ ] Debtor 1 only
- [ ] Contingent
- [ ] Debtor 2 only
- [ ] Unliquidated
- [ ] Debtor 1 and Debtor 2 only
- [x] Disputed
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

- [ ] Domestic support obligations

**Is the claim subject to offset?**

- [x] Taxes and certain other debts you owe the government
- [x] No
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Yes
- [ ] Other. Specify _____

**Obligation arising from operation of SACO, Inc. -**
**listed for disclosure only**

---

| 2.9 | **Virgina Department of Taxation** | Last 4 digits of account number _____ | Unknown | Unknown | Unknown |

Priority Creditor's Name

**P.O. Box 1777**
**Richmond, VA 23218-1777**

When was the debt incurred?    _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- [x] Debtor 1 only
- [ ] Contingent
- [ ] Debtor 2 only
- [ ] Unliquidated
- [ ] Debtor 1 and Debtor 2 only
- [x] Disputed
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

- [ ] Domestic support obligations

**Is the claim subject to offset?**

- [x] Taxes and certain other debts you owe the government
- [x] No
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Yes
- [ ] Other. Specify _____

**Obligation arising from operation of SACO, Inc. -**
**listed for disclosure only**

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

- [ ] No. You have nothing to report in this part. Submit this form to the court with your other schedules.

- [x] Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

---

Debtor 1  **Stephen R. Allen**

Case number (*if know*) _____

---

**4.1** | **Ace Temporaries Inc.**
Nonpriority Creditor's Name
**2310 South Walter Reed Drive**
**Arlington, VA 22206**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

**4.2** | **ADP Retirement Services**
Nonpriority Creditor's Name
**11 Northeastern Boulevard**
**Salem, NH 03079**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

**4.3** | **ADTEK**
Nonpriority Creditor's Name
**105 N. Main Street**
**Toluca, IL 61369**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

Debtor 1   **Stephen R. Allen**

Case number (if know) _____

| | | |
|---|---|---|
| 4.4 | **Advanced Business Systems** | Last 4 digits of account number _____ **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 759319**
**Baltimore, MD 21275**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

| | | |
|---|---|---|
| 4.5 | **Advanced Radiology** | Last 4 digits of account number  **8921**   **$1,006.00** |

Nonpriority Creditor's Name

**P.O. Box 64580**
**Baltimore, MD 21264**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Personal**

---

| | | |
|---|---|---|
| 4.6 | **Aggregate Industries** | Last 4 digits of account number _____ **Unknown** |

Nonpriority Creditor's Name

**1268 Cronson Blvd.**
**Crofton, MD 21114**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

Debtor 1    Stephen R. Allen

Case number (if know) _____

| | |
|---|---|
| **4.7** | **Allied Well Drilling** |

Nonpriority Creditor's Name

**8213 Brock Bridge Road**
**Laurel, MD 20724**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

| | |
|---|---|
| **4.8** | **Ally Financial** |

Nonpriority Creditor's Name

**P.O. Box 380901**
**Minneapolis, MN 55438-0901**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$42,683.00**

**When was the debt incurred?**    **5/12**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Obligation arising from operation of SACO, Inc.**

---

| | |
|---|---|
| **4.9** | **Alpha Engineering Associates Inc.** |

Nonpriority Creditor's Name

**716 Giddings Avenue**
**Annapolis, MD 21401**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

Debtor 1    **Stephen R. Allen**                                              Case number (if know) _____

---

| 4.1 0 | **American Express** | Last 4 digits of account number | **7873** | **$4,269.45** |

Nonpriority Creditor's Name
**P.O. Box 297879**
**Fort Lauderdale, FL 33329**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify    **Personal**

---

| 4.1 1 | **American Express** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 981537**
**El Paso, TX 79998**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify    **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

| 4.1 2 | **Anne Arundel Medical Center** | Last 4 digits of account number | **4596** | **$430.00** |

Nonpriority Creditor's Name
**P.O. Box 62816**
**Crownsville, MD 21032**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify    **Personal**

---

Debtor 1  **Stephen R. Allen**                                    Case number *(if know)*

---

| 4.1 3 | | | |
|---|---|---|---|

**Anything Marine Service LLC**
Nonpriority Creditor's Name

**12872 157th Street North**
**Jupiter, FL 33478**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$2,114.31**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal**

---

| 4.1 4 | | | |
|---|---|---|---|

**Aronson LLC**
Nonpriority Creditor's Name

**805 King Farm Blvd, Suite 300**
**Rockville, MD 20850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$6,807.28**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal**

---

| 4.1 5 | | | |
|---|---|---|---|

**Aronson LLC**
Nonpriority Creditor's Name

**805 King Farm Blvd, Suite 300**
**Rockville, MD 20850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$29,000.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

Debtor 1   **Stephen R. Allen**                                      Case number *(if know)*

| 4.16 | **Asbestos Specialties Inc.** | **Last 4 digits of account number** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**1814 East Avenue, NE**
**Cedar Rapids, IA 52402**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

| 4.17 | **Atlantic Glass & Mirrors, LLC** | **Last 4 digits of account number** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**4200 Atlantic Avenue**
**Raleigh, NC 27604**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

| 4.18 | **B&L Hauling** | **Last 4 digits of account number** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**454 Goodwin Mill Road**
**Hertford, NC 27944**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

Debtor 1  **Stephen R. Allen**

Case number (*if know*)

---

| 4.1 9 | **Bardon, Inc. dba Aggregate Industries** |
|---|---|

Nonpriority Creditor's Name

**6401 Golden Triangle Drive, Suite 400**
**Greenbelt, MD 20770**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

| 4.2 0 | **Barnacle Busters** |
|---|---|

Nonpriority Creditor's Name

**10456 Riverside Drive**
**Palm Beach Gardens, FL 33410**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____          **$313.25**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Personal**

---

| 4.2 1 | **Blades of Green** |
|---|---|

Nonpriority Creditor's Name

**Attn: Accounts Receivable**
**4374 Solomons Island Road**
**Harwood, MD 20776**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** **4257**          **$919.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Personal**

---

Debtor 1   **Stephen R. Allen**                                                    Case number (if know) _____

| 4.2<br>2 | **Boca Raton Regional Hospital** | Last 4 digits of account number   **0193** | **$60.00** |

Nonpriority Creditor's Name
**800 Meadows Road**
**Boca Raton, FL 33486**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal**

---

| 4.2<br>3 | **Boca Raton Resort & Club** | Last 4 digits of account number   **7430** | **$1,927.80** |

Nonpriority Creditor's Name
**501 E. Camino Real**
**Boca Raton, FL 33432**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal**

---

| 4.2<br>4 | **Business Financial Services** | Last 4 digits of account number | **$331,800.00** |

Nonpriority Creditor's Name
**3301 N. Unversity Drive, #300**
**Coral Springs, FL 33065**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

Debtor 1    **Stephen R. Allen**                                          Case number (if know) _____

| | |
|---|---|

**4.2 5**

**Capital Gazette Newspaper**
Nonpriority Creditor's Name
**P.O. Box 911**
**Annapolis, MD 21404**
Number Street City State Zlp Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

**4.2 6**

**Caterpillar Financial**
Nonpriority Creditor's Name
**2120 West End Avenue**
**P.O. Box 340001**
**Nashville, TN 37203-0001**
Number Street City State Zlp Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **$283,324.85**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

**4.2 7**

**Caterpillar Financial**
Nonpriority Creditor's Name
**2120 West End Avenue**
**P.O. Box 340001**
**Nashville, TN 37203-0001**
Number Street City State Zlp Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          **$90,922.98**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

Debtor 1   **Stephen R. Allen**                                    Case number (if know) _____

| | |
|---|---|
| **4.2 8** | **Centennial Surety Associates** |

Nonpriority Creditor's Name

**251 Najoles Road, #H**
**Millersville, MD 21108**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

| | |
|---|---|
| **4.2 9** | **Chase Card Services** |

Nonpriority Creditor's Name

**P.O. Box 15123**
**Wilmington, DE 19850-5123**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0940**         **$18,290.37**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal**

---

| | |
|---|---|
| **4.3 0** | **Chesapeake Medical Imaging** |

Nonpriority Creditor's Name

**P.O. Box 824106**
**Philadelphia, PA 19182**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0157**         **$72.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal**

---

Debtor 1  **Stephen R. Allen**                                                    Case number (*if know*)

---

| 4.3 1 | **CMRE** | **Last 4 digits of account number** | | **$25,596.36** |

Nonpriority Creditor's Name

**3075 E. Imperial Highway, Suite 200**
**Brea, CA 92821**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

| 4.3 2 | **CPE, Inc.** | **Last 4 digits of account number** | | **$86,500.00** |

Nonpriority Creditor's Name

**8131 Dorsey Run Road**
**Jessup, MD 20794**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Obligation arising from operation of Two Rivers Site Development, LLC**

---

| 4.3 3 | **D&D Tire Co., Inc.** | **Last 4 digits of account number** | | **Unknown** |

Nonpriority Creditor's Name

**4919 Kenilworth Avenue**
**Hyattsville, MD 20781**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

Debtor 1  **Stephen R. Allen**                                      Case number *(if know)*

| 4.3 4 | **Daniel Alan Staeven, Esquire** |
|---|---|

Nonpriority Creditor's Name
**100 Severn Avenue, Suite 101**
**Annapolis, MD 21403**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

| 4.3 5 | **Dave Hall** |
|---|---|

Nonpriority Creditor's Name
**2589 Van Dyke**
**Marlette, MI 48453**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____     **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

| 4.3 6 | **DC Materials, Inc.** |
|---|---|

Nonpriority Creditor's Name
**3334 Kenilworth Avenue, Suite B**
**Hyattsville, MD 20781**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____     **$14,585.42**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Obligation arising from operation of Two Rivers Site Construction, Inc.; Judgment entered 2/26/16**

---

Debtor 1   **Stephen R. Allen**                                                            Case number *(if know)*

---

| 4.3 7 | **DC Materials, Inc.** |
|---|---|

Nonpriority Creditor's Name

**3334 Kenilworth Avenue, Suite B**
**Hyattsville, MD 20781**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

| 4.3 8 | **East Quality Concrete LLC** |
|---|---|

Nonpriority Creditor's Name

**3729 Brighseat Road**
**Hyattsville, MD 20785**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

| 4.3 9 | **Element Financial Corp.** |
|---|---|

Nonpriority Creditor's Name

**655 Business Center Drive**
**Horsham, PA 19044**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Obligation arising from operation of SACO, Inc. and Two Rivers Site Development, Inc. - listed for disclosure only**

---

Debtor 1    **Stephen R. Allen**                                                    Case number *(if know)*

| 4.4 0 | **Elliott & Frantz, Inc.** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**450 East Church Road**
**P.O. Box 1514**
**King of Prussia, PA 19406**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

| 4.4 1 | **Envirosolutions, Inc.** | **Last 4 digits of account number** | **$6,000.00** |

Nonpriority Creditor's Name

**7130 Kit Kat Road, Suite B**
**Elkridge, MD 21075**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify    **Obligation arising from operation of SACO, Inc.**

---

| 4.4 2 | **Folcomer Equipment Corporation** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name

**6300 Crain Highway**
**Upper Marlboro, MD 20772**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

Debtor 1  **Stephen R. Allen**

Case number (*if know*) _____

| | | |
|---|---|---|
| **4.4 3** | **Frank J. Emig** | |

Nonpriority Creditor's Name

**7525 Greenway Center Drive, Suite 314**
**Greenbelt, MD 20770-3525**
Number Street City State Zlp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

**Unknown**

---

| | | |
|---|---|---|
| **4.4 4** | **George R. Roles, Esquire** | |

Nonpriority Creditor's Name

**P.O. Box 173**
**Centreville, MD 21617**
Number Street City State Zlp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

**Unknown**

---

| | | |
|---|---|---|
| **4.4 5** | **GMC Contractors** | |

Nonpriority Creditor's Name

**8213 Old Jumpers Hole Road, #101**
**Millersville, MD 21108**
Number Street City State Zlp Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

**Unknown**

---

Debtor 1   **Stephen R. Allen**                                                                Case number (if know)

---

| 4.4 6 | **Greencyclers LLC** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 92**
**Rome, GA 30162-0092**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

■ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

□ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

| 4.4 7 | **Grunley Construction** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**c/o Bradley Arant Boult Cummings LLP**
**1615 L Street NW**
**Washington, DC 20036**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

■ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

□ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

| 4.4 8 | **Gudelsky Materials** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**14750 Gibbons Church Road**
**Brandywine, MD 20613**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

■ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

□ **Check if this claim is for a community debt**

□ Student loans

**Is the claim subject to offset?**

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

Debtor 1  **Stephen R. Allen**

Case number (if know) _____

---

| 4.4 9 | **Hawkins Electrical Construction** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**3303 Stanton Road, SE**
**Washington, DC 20020**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

| 4.5 0 | **HB Wick Drains** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**7989 Cherrywood Loop**
**Kiowa, CO 80117**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

| 4.5 1 | **JB Kline Landscaping** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**6720 Olney Laytonsville Road**
**Gaithersburg, MD 20882**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

Debtor 1  **Stephen R. Allen**                                            Case number (if know) _____

| | | | |
|---|---|---|---|
| 4.5 2 | **John Deere Financial** | Last 4 digits of account number _____ | **$97,780.00** |

Nonpriority Creditor's Name

**P.O. Box 6600**
**Johnston, IA 50131**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
□ Yes

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

| | | | |
|---|---|---|---|
| 4.5 3 | **Komatsu Financial** | Last 4 digits of account number _____ | **$62,328.00** |

Nonpriority Creditor's Name

**P.O. Box 99303**
**Chicago, IL 60693**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
□ Yes

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

| | | | |
|---|---|---|---|
| 4.5 4 | **Kumar Lata & Veena, Inc.** | Last 4 digits of account number _____ | **$2,864.99** |

Nonpriority Creditor's Name

**dba Crofton Sunoco**
**2201 Defense Highway**
**Crofton, MD 21114**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
□ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal**

Debtor 1    **Stephen R. Allen**                                    Case number (if know) _____

---

**4.5 5**

| | |
|---|---|
| **Lawn Doctor** | |

Nonpriority Creditor's Name

**192 Mayo Road**
**Edgewater, MD 21037**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **$1,430.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal**

---

**4.5 6**

| | |
|---|---|
| **Lawn Masters** | |

Nonpriority Creditor's Name

**12516 Deert Point Circle**
**Berlin, MD 21811**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **$220.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal**

---

**4.5 7**

| | |
|---|---|
| **Lawrence Street Industry** | |

Nonpriority Creditor's Name

**6305 Ivy Lane, #720**
**Greenbelt, MD 20770**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

Debtor 1    **Stephen R. Allen**                                    Case number *(if know)*

| 4.5 8 | **Luna Concrete Contracting** |
|---|---|

Nonpriority Creditor's Name

**11011 Lanham Severn Road**
**Glenn Dale, MD 20769**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

| 4.5 9 | **Maryland Reclamation LLC** |
|---|---|

Nonpriority Creditor's Name

**2001 Ritchie Marlboro Road**
**Upper Marlboro, MD 20774**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

| 4.6 0 | **MD National Capital Park & Planning** |
|---|---|

Nonpriority Creditor's Name

**PG County Parks Office**
**Riverdale, MD 20737**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

Debtor 1  **Stephen R. Allen**                                    Case number *(if know)*

| | | |
|---|---|---|

**4.6 1**

**Midlantic Machinery Inc.**

Last 4 digits of account number _____    **Unknown**

Nonpriority Creditor's Name
**2240 Bethlehem Pike**
**Hatfield, PA 19440**

When was the debt incurred? _____

Number City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

□ Yes

■ Other. Specify  **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

**4.6 2**

**Mulford Construction Co. Inc.**

Last 4 digits of account number _____    **Unknown**

Nonpriority Creditor's Name
**171 Skipjack Road**
**Prince Frederick, MD 20678**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

□ Yes

■ Other. Specify  **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

**4.6 3**

**NMP Engineering Consultants**

Last 4 digits of account number _____    **Unknown**

Nonpriority Creditor's Name
**11350 McCormick Road**
**Hunt Valley, MD 21031**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

□ Yes

■ Other. Specify  **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

Debtor 1  **Stephen R. Allen**                                    Case number *(if know)*

| 4.6 4 | **Pothole Repair Metro DC** | | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**7635 Fullerton Road
Springfield, VA 22153**

When was the debt incurred?

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

| 4.6 5 | **Quarles Petroleum Inc.** | | Last 4 digits of account number | **$3,213.25** |

Nonpriority Creditor's Name
**1701 Fall Hill Avenue, Suite 300
Fredericksburg, VA 22401**

When was the debt incurred?

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Obligation arising from operation of Saco, Inc.; Judgment entered 5/2/16**

---

| 4.6 6 | **Quick Bridge Funding** | | Last 4 digits of account number | **$53,618.23** |

Nonpriority Creditor's Name
**333 City Blvd. West, Suite 1910
Orange, CA 92868**

When was the debt incurred?

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Obligation arising from operation of Two Rivers Site Development, Inc.**

---

Debtor 1   **Stephen R. Allen**                                    Case number *(if know)*

---

**4.67**

**R. Thomas Trucking Inc.**
Nonpriority Creditor's Name
**11810 Duckettown Road**
**Laurel, MD 20708**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

**4.68**

**R.S. Leitch Company**
Nonpriority Creditor's Name
**3173 Solomons Island Road**
**Edgewater, MD 21037**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

**4.69**

**Reliable Contracting Co., Inc.**
Nonpriority Creditor's Name
**2410 Evergreen Road, Suite 200**
**Gambrills, MD 21054**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____                    **$293,775.70**

When was the debt incurred?   **10/21/15**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Obligation arising from operation of Two Rivers Site Development, Inc; Judgment entered 10/21/15**

---

Debtor 1  **Stephen R. Allen**                                          Case number (if know) _____

---

| 4.7 0 | **Robert Allen** | **Last 4 digits of account number** _____ | **$40,000.00** |

Nonpriority Creditor's Name
**218 Gray Fox Court**
**Edgewater, MD 21037**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal**

---

| 4.7 1 | **Savage Stone LLC** | **Last 4 digits of account number** _____ | **$11,626.25** |

Nonpriority Creditor's Name
**14504 Green View Drive, Suite 210**
**Laurel, MD 20708**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Judgment entered 1/21/16**

---

| 4.7 2 | **Schrier Tolin & Wagman LLC** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**1390 Piccard Drive, Suite 315**
**Rockville, MD 20850**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

Debtor 1   **Stephen R. Allen**                                                  Case number *(if know)*

---

| 4.7 3 | **Shaw Sports Turf** | | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name

**185 South Industrial Blvd.**
**Calhoun, GA 30701**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

| 4.7 4 | **Spring Garden Farm** | | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**1585 Main Street**
**Birdsboro, PA 19508**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

| 4.7 5 | **State Contracting Inc.** | | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name

**2815 Superior Drive**
**Wake Forest, NC 27587**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

Debtor 1    **Stephen R. Allen**                                      Case number (*if know*)

---

| 4.7 6 | | | |
|---|---|---|---|

**Sunbelt Rentals**                                      Last 4 digits of account number _____        **Unknown**
Nonpriority Creditor's Name
**7912 Kincannon Place**                             When was the debt incurred? _____
**Lorton, VA 22079**
Number Street City State Zlp Code
Who incurred the debt? Check one.                    As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ■ Disputed
☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community           ☐ Student loans
debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                          report as priority claims
                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                     ■ Other. Specify  **Obligation arising from operation of SACO,**
☐ Yes                                                               **Inc. - listed for disclosure only**

---

| 4.7 7 | | | |
|---|---|---|---|

**Suntrust Bank**                                      Last 4 digits of account number    **3287**         **$24,268.01**
Nonpriority Creditor's Name
**P.O. Box 791250**                                 When was the debt incurred? _____
**Baltimore, MD 21279**
Number Street City State Zlp Code
Who incurred the debt? Check one.                    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ■ Disputed
■ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community           ☐ Student loans
debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                          report as priority claims
                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                     ■ Other. Specify  **Obligation arising from operation of SACO,**
☐ Yes                                                               **Inc. - listed for disclosure only**

---

| 4.7 8 | | | |
|---|---|---|---|

**Suntrust Bank**                                      Last 4 digits of account number _____        **$2,537.00**
Nonpriority Creditor's Name
**P.O. Box 85526**                                  When was the debt incurred?    **08/10**
**Richmond, VA 23285**
Number Street City State Zlp Code
Who incurred the debt? Check one.                    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ■ Disputed
■ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community           ☐ Student loans
debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                          report as priority claims
                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                     ■ Other. Specify  **Obligation arising from operation of SACO,**
☐ Yes                                                               **Inc. - listed for disclosure only**

---

Debtor 1   **Stephen R. Allen**                                                      Case number (*if know*) _____

---

**4.7 9**

**Tarant H. Lomax, Esquire, PC**                    Last 4 digits of account number _____              **$25,596.36**

Nonpriority Creditor's Name
**940 Bay Ridge Avenue**                             When was the debt incurred? _____
**Annapolis, MD 21403**

Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ■ Disputed
☐ At least one of the debtors and another
**☐ Check if this claim is for a community            Type of NONPRIORITY unsecured claim:**
**debt**                                             ☐ Student loans
**Is the claim subject to offset?**                  ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                     report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify   **Obligation arising from operation of SACO,**
                                                                        **Inc. - listed for disclosure only**

---

**4.8 0**

**Tate Russack, Esquire**                            Last 4 digits of account number _____              **Unknown**

Nonpriority Creditor's Name
**RLC Lawyers & Consultants**                        When was the debt incurred? _____
**7999 N. Federal Highway, Suirte
100A**
**Boca Raton, FL 33487**

Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ■ Disputed
☐ At least one of the debtors and another
**☐ Check if this claim is for a community            Type of NONPRIORITY unsecured claim:**
**debt**                                             ☐ Student loans
**Is the claim subject to offset?**                  ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                     report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify   **Obligation arising from operation of SACO,**
                                                                        **Inc. - listed for disclosure only**

---

**4.8 1**

**United Rentals Inc.**                              Last 4 digits of account number _____              **Unknown**

Nonpriority Creditor's Name
**100 First Stamford Place, Suite 700**              When was the debt incurred? _____
**Stamford, CT 06902**

Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ■ Disputed
☐ At least one of the debtors and another
**☐ Check if this claim is for a community            Type of NONPRIORITY unsecured claim:**
**debt**                                             ☐ Student loans
**Is the claim subject to offset?**                  ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                     report as priority claims
■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                ■ Other. Specify   **Obligation arising from operation of SACO,**
                                                                        **Inc. - listed for disclosure only**

---

Debtor 1  **Stephen R. Allen**                                      Case number (if know) _____

---

**4.8 2**

**US Bank**
Nonpriority Creditor's Name
**P.O. Box 3427**
**Oshkosh, WI 54903**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

**4.8 3**

**Ventresca Enterprises Inc.**
Nonpriority Creditor's Name
**5101 Sunnyside Avenue**
**College Park, MD 20740-1107**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

**4.8 4**

**Wells Fargo**
Nonpriority Creditor's Name
**300 TriState International, Suite 400**
**Lincolnshire, IL 60069**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

Debtor 1  **Stephen R. Allen**                                                          Case number (*if know*)

| | | | |
|---|---|---|---|
| 4.8 5 | **Westfield Insurance Co./Westfield Group** | Last 4 digits of account number | $13,037.00 |

Nonpriority Creditor's Name
**1 Park Circle**
**P.O. Box 5001**
**Westfield Center, OH 44251-5001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Obligation arising from operation of Saco, Inc., Saco Sand & Gravel, Inc. and Two Rivers Site Development, Inc.**

---

| | | | |
|---|---|---|---|
| 4.8 6 | **Westport Reclamation Services, Inc.** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**4024 Belle Grove Road**
**Brooklyn, MD 21225**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

| | | | |
|---|---|---|---|
| 4.8 7 | **York Specialty Inc.** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**571 Garbine Mill Road**
**Fawn Grove, PA 17321**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Obligation arising from operation of SACO, Inc. - listed for disclosure only**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

Debtor 1  **Stephen R. Allen**                                    Case number *(if know)*

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| | |
|---|---|
| Name and Address<br>**Abraham & Bauer LLC**<br>**141 N. Main Street, Suite F**<br>**Bel Air, MD 21014**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.42** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**American Profit Recovery**<br>**34405 W. 12 Mile Road, Suite 379**<br>**Farmington, MI 48331-5608**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.21** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**American Profit Recovery**<br>**34405 W. 12 Mile Road, Suite 379**<br>**Farmington, MI 48331-5608**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.62** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Crofton Sunoco**<br>**c/o Richard R. Trunnell, Esquire**<br>**2010 Defense Highway**<br>**Crofton, MD 21114**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.54** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**John D. Purdy, Esquire**<br>**12642 Chapel Road**<br>**Clifton, VA 20124**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.71** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Jonathan E. Pasterick, Esquire**<br>**Hillman Brown & Darrow**<br>**221 Duke of Gloucester**<br>**Annapolis, MD 21401**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.69** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Law Office of Sloane E. Franklin, LLC**<br>**1641 Route 3 North, Suite 202**<br>**Crofton, MD 21114**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.17** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Meredith Ryan Phillip, Esquire**<br>**McNamee Hosea, et al.**<br>**6411 Ivy Lane, Suite 200**<br>**Greenbelt, MD 20770**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.36** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Neal S. Salisian, Esquire**<br>**Salisian Lee LLP**<br>**550 S. Hope Street, Suite 750**<br>**Los Angeles, CA 90071-2627**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.66** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Regional Adjustment Bureau Inc.**<br>**P.O. Box 2209**<br>**Addison, TX 75001**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.33** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1  **Stephen R. Allen**

Case number (if know) _____

| | |
|---|---|
| **Richard M. Sissman, Esquire**<br>**600 Jefferson Plaza, #308**<br>**Rockville, MD 20852** | Line **4.41** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Robert D. Wagman, Esquire**<br>**1390 Piccard Street, Suite 315**<br>**Rockville, MD 20850** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.65** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Robert E. Walton, Esquire**<br>**Flamm Walton Heimbach & Lamm**<br>**PC**<br>**794 Penllyn Pike, Suite 100**<br>**Blue Bell, PA 19422** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.39** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Russell & Russell PC**<br>**282 N. Washington Street, Suite 100**<br>**Falls Church, VA 22046** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Tarrant H. Lomax, Esquire**<br>**940 Bay Ridge Avenue**<br>**Annapolis, MD 21403** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.31** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Transworld Systems, Inc.**<br>**Collection Agency**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.23** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**William Perrone, Esquire**<br>**1289 Shadow Oak Drive**<br>**Malvern, PA 19355** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.61** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159.** Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 39,848.93 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 39,848.93 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 1,578,916.86 |

Debtor 1  **Stephen R. Allen**                                    Case number (*if know*) _____

|  | 6j. | **Total Nonpriority.** Add lines 6f through 6i. |  | 6j. | $ | 1,578,916.86 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Stephen R. Allen** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   **BMW Financial Services**<br>**P.O. Box 3608**<br>**Dublin, OH 43016-0306** | **Auto lease** |
| 2.2   **Crofton Properties** | **Lease for space from which Two Rivers Site Development, LLC operates** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Stephen R. Allen** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | Column 1: **Your codebtor** Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.1 | **Saco Sand & Gravel, Inc.** **1610 Professional Bldg.** **Crofton, MD 21114-2051** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.85__ ☐ Schedule G _____ **Westfield Insurance Co./Westfield Group** |
| 3.2 | **Saco, Inc.** **1610 Professional Bldg., Suite F** **Crofton, MD 21114-2051** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.77__ ☐ Schedule G _____ **Suntrust Bank** |
| 3.3 | **Saco, Inc.** **1610 Professional Bldg.** **Crofton, MD 21114-2051** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.85__ ☐ Schedule G _____ **Westfield Insurance Co./Westfield Group** |

Debtor 1  **Stephen R. Allen**                              Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4  **Saco, Inc.**<br>**1610 Professional Bldg.**<br>**Crofton, MD 21114-2051** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.43___<br>☐ Schedule G _____<br>**Frank J. Emig** |
| 3.5  **Saco, Inc.**<br>**1610 Professional Bldg.**<br>**Crofton, MD 21114-2051** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.78___<br>☐ Schedule G _____<br>**Suntrust Bank** |
| 3.6  **Saco, Inc.**<br>**1610 Professional Bldg., Suite F**<br>**Crofton, MD 21114-2051** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.54___<br>☐ Schedule G _____<br>**Kumar Lata & Veena, Inc.** |
| 3.7  **Saco, Inc.**<br>**1610 Professional Bldg.**<br>**Crofton, MD 21114-2051** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.24___<br>☐ Schedule G _____<br>**Business Financial Services** |
| 3.8  **Two Rivers Site Development Inc.**<br>**1610 Professional Bldg.**<br>**Crofton, MD 21114-2051** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.36___<br>☐ Schedule G _____<br>**DC Materials, Inc.** |
| 3.9  **Two Rivers Site Development, Inc.**<br>**1610 Professional Bldg.**<br>**Crofton, MD 21114-2051** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.85___<br>☐ Schedule G _____<br>**Westfield Insurance Co./Westfield Group** |
| 3.10  **Two Rivers Site Development, Inc.**<br>**1610 Professional Bldg.**<br>**Crofton, MD 21114-2051** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.32___<br>☐ Schedule G _____<br>**CPE, Inc.** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   **Stephen R. Allen**                                         Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.11   **Two Rivers Site Development, Inc.**
      **1610 Professional Bldg.**
      **Crofton, MD 21114-2051**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.66**__
☐ Schedule G _____
**Quick Bridge Funding**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor 1 | **Stephen R. Allen** |
| Debtor 2<br>(Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number<br>(If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter
13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| | **Occupation** | Owner | |
| | **Employer's name** | Two Rivers Site Development, Inc. | |
| | **Employer's address** | 1610 Professional Blvd.<br>Suite F<br>Crofton, MD 21114 | |
| | **How long employed there?** | 4 years | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $          0.00 | $          0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$          0.00 | +$          0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $          0.00 | $          0.00 |

Debtor 1   **Stephen R. Allen**                                         Case number (*if known*) _____

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | $ 0.00 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 | + $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 8,637.19 | $ 0.00 |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| | 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| | 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| | 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 | + $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 8,637.19 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 8,637.19 + $ 0.00 = | $ 8,637.19 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____                                                              11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies

12.   $ 8,637.19

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
   ☑ No.
   ☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1 **Stephen R. Allen**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1.  **Is this a joint case?**

☐ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No
☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ☐ No

Do not list Debtor 1 and Debtor 2.    ☐ Yes. Fill out this information for each dependent..............

Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 12 | ☐ No  ☐ Yes |
| Daughter | 14 | ☐ No  ☐ Yes |
|  |  | ☐ No  ☐ Yes |
|  |  | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ☐ No   ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ **8,241.08**

If not included in line 4:

| 4a. | Real estate taxes | 4a. $ | 0.00 |
|---|---|---|---|
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 505.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 870.00 |

Debtor 1    **Stephen R. Allen**                                      Case number (if known)

| 6. | **Utilities:** | | | |
|----|---|---|---|---|
| | 6a. | Electricity, heat, natural gas | 6a. $ | 1,200.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 262.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 500.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 50.00 |
| 10. | **Personal care products and services** | | 10. $ | 40.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | 12. $ | 400.00 |
| | Do not include car payments. | | | |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 2,200.00 |
| | 15c. | Vehicle insurance | 15c. $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 647.98 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 1,143.09 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as** | | 18. $ | 0.00 |
| | **deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | | | |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | 0.00 |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:    **OC Condo mortgage** | | 21. +$ | 1,662.44 |
| | **OC Condo HOA fees** | | +$ | 560.00 |
| | **OC Condo monthly expenses** | | +$ | 300.00 |
| | **OC Property mortgage** | | +$ | 4,428.63 |
| | **OC Property monthly expenses** | | +$ | 750.00 |
| | **Florida first mortgage** | | +$ | 8,021.54 |
| | **Florida second mortgage** | | +$ | 692.58 |
| | **Florida monthly expenses** | | +$ | 800.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 33,374.34 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | 33,374.34 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | | 23a. $ | 8,637.19 |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. -$ | 33,374.34 |
| | 23c. Subtract your monthly expenses from your monthly income.<br>The result is your *monthly net income.* | | 23c. $ | -24,737.15 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.          Explain here:

**Fill in this information to identify your case:**

Debtor 1        **Stephen R. Allen**
                First Name          Middle Name              Last Name

Debtor 2
(Spouse if, filing)    First Name          Middle Name              Last Name

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number
(if known)    _____

☐ Check if this is an
   amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  **/s/ Stephen R. Allen**                              X _____
   **Stephen R. Allen**                                     Signature of Debtor 2
   Signature of Debtor 1

   Date  **November  1, 2016**                          Date _____

Official Form 106Dec                     **Declaration About an Individual Debtor's Schedules**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| Debtor 1 | **Stephen R. Allen** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.    **What is your current marital status?**

■ Married
☐ Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $27,350.02 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

Debtor 1    **Stephen R. Allen**                                           Case number *(if known)*

---

5.    **Did you receive any other income during this year or the two previous calendar years?**
      Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

      List each source and the gross income from each source separately. Do not include income that you listed in line 4.

      ■ No
      ☐ Yes. Fill in the details.

| Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.    **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
      ☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

            During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
            ☐ No.    Go to line 7.
            ☐ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
            * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

      ■ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
            During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

            ■ No.    Go to line 7.
            ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

---

7.    **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
      *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

      ■ No
      ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

---

8.    **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
      Include payments on debts guaranteed or cosigned by an insider.

      ■ No
      ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

---

Debtor 1    **Stephen R. Allen**                                        Case number *(if known)*

---

**Part 4:     Identify Legal Actions, Repossessions, and Foreclosures**

9.    **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody
modifications, and contract disputes.

☐   No
■   Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Old Line Bank v. Stephen Allen, et al.<br>C-02-CV-15-003092 | Breach of contract | Circuit Ct. for Anne Arundel Co.<br>7 Church Circle<br>Annapolis, MD 21401 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| Quarles Petroleum, Inc. v. Stephen R. Allen<br>D-07-CV-15-007554 | Breach of contract | D. Ct. of MD for Anne Arundel Co.<br>251 Rowe Blvd., Suite 141<br>Annapolis, MD 21401-2391 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| Reliable Contracting Co., Inc. v. Stephen Allen<br>C-02-CV-15-002860 | Breach of contract | Circuit Ct. for Anne Arundel Co.<br>7 Church Circle<br>Annapolis, MD 21401 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| Savage Stone, LLC v. Stephen R. Allen<br>D-07-CV-15-011771 | Breach of contract | D. Ct. of MD for Anne Arundel Co.<br>251 Rowe Blvd., Suite 141<br>Annapolis, MD 21401-2391 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| D.C. Materials, Inc. v. Stephen R. Allen, et al.<br>0502-0025489-2015 | Breach of guaranty | D.Ct. of MD for P.G. County<br>14735 Main Street<br>Upper Marlboro, MD 20772 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| Quick Bridge Funding, LLC v. Stephen R. Allen, et al.<br>30-2015-00804850-CU-BC-CJC | Breash of guaranty | Orange County Superior Court<br>Central Justice Center<br>700 Civic Center Drive West<br>Santa Ana, CA 92701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Laura HG O'Sullivan, et al. v. Stephen R. Allen, et al.<br>C-02_CV-16-002428 | Foreclosure | Circuit Ct. for Anne Arundel Co.<br>7 Church Circle<br>Annapolis, MD 21401 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Envirosolutions, Inc. v. Saco, Inc., et al.<br>0601-0021575-2014 | Breach of contract; guaranty | D.Ct. of MD for Montgomery Co.<br>191 E. Jefferson Street<br>Rockville, MD 20850 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| Kumar Lata & Veena Inc. v. Stephen R. Allen<br>D-07-CV-16009240 | Breach of contract | D.Ct. of MD for Anne Arundel Co.<br>251 Rowe Blvd., Suite 141<br>Annapolis, MD 21401-2391 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1    **Stephen R. Allen**                                          Case number *(if known)*

---

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☒ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Debtor 1    **Stephen R. Allen**                                      Case number *(if known)*

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Mehlman, Greenblatt & Hare, LLC**<br>**723 South Charles Street, Suite LL3**<br>**Baltimore, MD 21230** | | **5/9/16 -**<br>**$5,400.00;**<br>**10/27/16 -**<br>**$5,000.00** | **$10,400.00** |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Need information on sale** | **Sold Serenity on 7/21/15** | **Proceeds were paid to Suntrust Bank, who held mortgage on vessel in the amount of $1,719,408 - Suntrust released lien for net proceeds** | |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor 1    **Stephen R. Allen**                                                   Case number *(if known)*

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

   ■ No
   ☐ Yes. Fill in the details.

   | Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
   |---|---|---|---|
   | | | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

   ■ No
   ☐ Yes. Fill in the details.

   | Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
   |---|---|---|---|
   | | | | |

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ☐ No
   ■ Yes.  Fill in the details.

   | Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
   |---|---|---|---|
   | Patricia A. Shrader | 160 Channel Buoy Road Ocean City, MD 21842 | All household furnishings are owned by her and not by the debtors. (She is the 50% owner of the property) | $0.00 |

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ■ No
   ☐ Yes. Fill in the details.

   | Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
   |---|---|---|---|
   | | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

   ■ No
   ☐ Yes. Fill in the details.

   | Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
   |---|---|---|---|
   | | | | |

Debtor 1    **Stephen R. Allen**                                        Case number *(if known)*

---

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the<br>case |
|---|---|---|---|
| | | | |

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

   ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

   ☐ A partner in a partnership

   ☐ An officer, director, or managing executive of a corporation

   ☐ An owner of at least 5% of the voting or equity securities of a corporation

   ☐ **No. None of the above applies.  Go to Part 12.**

   ■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | |
|---|---|---|---|
| Saco, Inc.<br>1610 Professional Blvd., Suite E&F<br>Crofton, MD 21114 | Construction | EIN:        22-3890799<br><br>From-To    11/02 - 09/16 (bankruptcy<br>                   dismissed/closed) | |
| Two Rivers Site Development, Inc.<br>1610 Professional Bldg.<br>Crofton, MD 21114-2051 | site development | EIN:        46-3408589<br><br>From-To    08/13 - present (finalizing last of<br>                   contracts) | |
| Saco Construction Southeast<br>Division LLC<br>1809 Algonquin Drive<br>Crownsville, MD 21032 | | EIN:<br><br>From-To    2011 (never actually operated) | |
| Island Two Rivers JV, LLC<br>6727-B Industrial Drive<br>Beltsville, MD 20705 | site development | EIN:        81-3077993<br><br>From-To    06/16 to date | |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

   ■ **No**
   ☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

Debtor 1    **Stephen R. Allen**                                    Case number (*if known*)

---

**Part 12:**   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Stephen R. Allen**

**Stephen R. Allen**                                                 **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **November  1, 2016**                                Date

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---------|---------------------|
|   | $1,167  | filing fee          |
| + | $550    | administrative fee  |
|   | $1,717  | total fee           |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|-----------|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|-----------|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                 Best Case Bankruptcy

# United States Bankruptcy Court
## District of Maryland

In re   **Stephen R. Allen**               Case No.                       
                                 Debtor(s)          Chapter     **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **November  1, 2016**                  **/s/ Stephen R. Allen**
                                                **Stephen R. Allen**
                                                Signature of Debtor

Abraham & Bauer LLC
141 N. Main Street, Suite F
Bel Air, MD 21014


Ace Temporaries Inc.
2310 South Walter Reed Drive
Arlington, VA 22206


ADP Retirement Services
11 Northeastern Boulevard
Salem, NH 03079


ADTEK
105 N. Main Street
Toluca, IL 61369


Advanced Business Systems
P.O. Box 759319
Baltimore, MD 21275


Advanced Radiology
P.O. Box 64580
Baltimore, MD 21264


Aggregate Industries
1268 Cronson Blvd.
Crofton, MD 21114


Allied Well Drilling
8213 Brock Bridge Road
Laurel, MD 20724


Ally Financial
P.O. Box 380901
Minneapolis, MN 55438-0901

Alpha Engineering Associates Inc.
716 Giddings Avenue
Annapolis, MD 21401


American Express
P.O. Box 297879
Fort Lauderdale, FL 33329


American Express
P.O. Box 981537
El Paso, TX 79998


American Profit Recovery
34405 W. 12 Mile Road, Suite 379
Farmington, MI 48331-5608


Anne Arundel Medical Center
P.O. Box 62816
Crownsville, MD 21032


Anything Marine Service LLC
12872 157th Street North
Jupiter, FL 33478


Aronson LLC
805 King Farm Blvd, Suite 300
Rockville, MD 20850


Asbestos Specialities Inc.
1814 East Avenue, NE
Cedar Rapids, IA 52402


Atlantic Glass & Mirrors, LLC
4200 Atlantic Avenue
Raleigh, NC 27604

B&L Hauling
454 Goodwin Mill Road
Hertford, NC 27944


Bardon, Inc. dba Aggregate Industries
6401 Golden Triangle Drive, Suite 400
Greenbelt, MD 20770


Barnacle Busters
10456 Riverside Drive
Palm Beach Gardens, FL 33410


Bay One Condominium Association
c/o James W. Almand, Esquire
Ayres Jenkins Gordy & Almand PA
6200 Coastal Highway, Suite 200
Ocean City, MD 21842


Bayview Loan Servicing, LLC
P.O. Box 650091
Dallas, TX 75265-0091


Blades of Green
Attn: Accounts Receivable
4374 Solomons Island Road
Harwood, MD 20776


BMW Financial Services
P.O. Box 3608
Dublin, OH 43016-0306


Boca Raton Regional Hospital
800 Meadows Road
Boca Raton, FL 33486


Boca Raton Resort & Club
501 E. Camino Real
Boca Raton, FL 33432

Business Financial Services
3301 N. Unversity Drive, #300
Coral Springs, FL 33065


BWW Law Group LLC
6003 Executive Blvd., Suite 101
Rockville, MD 20852


Capital Gazette Newspaper
P.O. Box 911
Annapolis, MD 21404


Caterpillar Financial
2120 West End Avenue
P.O. Box 340001
Nashville, TN 37203-0001


Centennial Surety Associates
251 Najoles Road, #H
Millersville, MD 21108


Chase Card Services
P.O. Box 15123
Wilmington, DE 19850-5123


Chesapeake Medical Imaging
P.O. Box 824106
Philadelphia, PA 19182


CMRE
3075 E. Imperial Highway, Suite 200
Brea, CA 92821


CPE, Inc.
8131 Dorsey Run Road
Jessup, MD 20794

Crofton Sunoco
c/o Richard R. Trunnell, Esquire
2010 Defense Highway
Crofton, MD 21114


D&D Tire Co., Inc.
4919 Kenilworth Avenue
Hyattsville, MD 20781


Daniel Alan Staeven, Esquire
100 Severn Avenue, Suite 101
Annapolis, MD 21403


Dave Hall
2589 Van Dyke
Marlette, MI 48453


DC Materials, Inc.
3334 Kenilworth Avenue, Suite B
Hyattsville, MD 20781


Ditech
P.O. Box 6172
Rapid City, SD 57709-6172


East Quality Concrete LLC
3729 Brighseat Road
Hyattsville, MD 20785


Element Financial Corp.
655 Business Center Drive
Horsham, PA 19044


Elliott & Frantz, Inc.
450 East Church Road
P.O. Box 1514
King of Prussia, PA 19406

Envirosolutions, Inc.
7130 Kit Kat Road, Suite B
Elkridge, MD 21075


Folcomer Equipment Corporation
6300 Crain Highway
Upper Marlboro, MD 20772


Frank J. Emig
7525 Greenway Center Drive, Suite 314
Greenbelt, MD 20770-3525


George R. Roles, Esquire
P.O. Box 173
Centreville, MD 21617


GMC Contractors
8213 Old Jumpers Hole Road, #101
Millersville, MD 21108


Government of District of Columbia
Office of Chief Financial Officer
Office of Tax and Revenue
1101 4th Street SW
Washington, DC 20024


Greencyclers LLC
P.O. Box 92
Rome, GA 30162-0092


Gregory R. Hislop, Esquire
McNamee Hosea Jernigan Kim Greenan
888 Bestgate Road, Suite 304
Annapolis, MD 21401


Grunley Construction
c/o Bradley Arant Boult Cummings LLP
1615 L Street NW
Washington, DC 20036

Gudelsky Materials
14750 Gibbons Church Road
Brandywine, MD 20613


Hawkins Electrical Construction
3303 Stanton Road, SE
Washington, DC 20020


HB Wick Drains
7989 Cherrywood Loop
Kiowa, CO 80117


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


JB Kline Landscaping
6720 Olney Laytonsville Road
Gaithersburg, MD 20882


John D. Purdy, Esquire
12642 Chapel Road
Clifton, VA 20124


John Deere Financial
P.O. Box 6600
Johnston, IA 50131


Jonathan E. Pasterick, Esquire
Hillman Brown & Darrow
221 Duke of Gloucester
Annapolis, MD 21401


Komatsu Financial
P.O. Box 99303
Chicago, IL 60693

Kumar Lata & Veena, Inc.
dba Crofton Sunoco
2201 Defense Highway
Crofton, MD 21114


Laura H.G. O'Sullivan, Esquire
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707


Law Office of Sloane E. Franklin, LLC
1641 Route 3 North, Suite 202
Crofton, MD 21114


Lawn Doctor
192 Mayo Road
Edgewater, MD 21037


Lawn Masters
12516 Deert Point Circle
Berlin, MD 21811


Lawrence Street Industry
6305 Ivy Lane, #720
Greenbelt, MD 20770


Luna Concrete Contracting
11011 Lanham Severn Road
Glenn Dale, MD 20769


Maryland Reclamation LLC
2001 Ritchie Marlboro Road
Upper Marlboro, MD 20774


MD National Capital Park & Planning
PG County Parks Office
Riverdale, MD 20737

Meredith Ryan Phillip, Esquire
McNamee Hosea, et al.
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770


Midlantic Machinery Inc.
2240 Bethlehem Pike
Hatfield, PA 19440


Montgomery County, Maryland
Office of the County Attorney
101 Monroe Street, 4th Floor
Rockville, MD 20850-2540


Mulford Construction Co. Inc.
171 Skipjack Road
Prince Frederick, MD 20678


Neal S. Salisian, Esquire
Salisian Lee LLP
550 S. Hope Street, Suite 750
Los Angeles, CA 90071-2627


NMP Engineering Consultants
11350 McCormick Road
Hunt Valley, MD 21031


Ocwen Loan Servicing, LLC
P.O. Box 24738
West Palm Beach, FL 33416-4738


Old Line Bank
1525 Pointer Ridge Place
Bowie, MD 20716


Patricia Shrader

PNC Bank
P.O. Box 535230
Pittsburgh, PA 15253


Pothole Repair Metro DC
7635 Fullerton Road
Springfield, VA 22153


Prince George's County Maryland
County Administration Building
Upper Marlboro, MD 20772


Quarles Petroleum Inc.
1701 Fall Hill Avenue, Suite 300
Fredericksburg, VA 22401


Quick Bridge Funding
333 City Blvd. West, Suite 1910
Orange, CA 92868


R. Thomas Trucking Inc.
11810 Duckettown Road
Laurel, MD 20708


R.S. Leitch Company
3173 Solomons Island Road
Edgewater, MD 21037


Regional Adjustment Bureau Inc.
P.O. Box 2209
Addison, TX 75001


Reliable Contracting Co., Inc.
2410 Evergreen Road, Suite 200
Gambrills, MD 21054

Richard M. Sissman, Esquire
600 Jefferson Plaza, #308
Rockville, MD 20852


Robert Allen
218 Gray Fox Court
Edgewater, MD 21037


Robert D. Wagman, Esquire
1390 Piccard Street, Suite 315
Rockville, MD 20850


Robert E. Walton, Esquire
Flamm Walton Heimbach & Lamm PC
794 Penllyn Pike, Suite 100
Blue Bell, PA 19422


Russell & Russell PC
282 N. Washington Street, Suite 100
Falls Church, VA 22046


Saco Sand & Gravel, Inc.
1610 Professional Bldg.
Crofton, MD 21114-2051


Saco, Inc.
1610 Professional Bldg., Suite F
Crofton, MD 21114-2051


Saco, Inc.
1610 Professional Bldg.
Crofton, MD 21114-2051


Santander Consumer USA
P.O. Box 961245
Fort Worth, TX 76161-1245

Savage Stone LLC
14504 Green View Drive, Suite 210
Laurel, MD 20708


Schrier Tolin & Wagman LLC
1390 Piccard Drive, Suite 315
Rockville, MD 20850


Shaw Sports Turf
185 South Industrial Blvd.
Calhoun, GA 30701


SLS
8742 Lucent Boulevard, Suite 300
Littleton, CO 80129


Spring Garden Farm
1585 Main Street
Birdsboro, PA 19508


State Contracting Inc.
2815 Superior Drive
Wake Forest, NC 27587


State of Maryland
Comptroller of Treasury
Compliance Division
110 Carroll Street
Annapolis, MD 21411


State of Maryland
Sales and Use Tax Division
301 W. Preston Street, Room 409
Baltimore, MD 21201

State of Maryland DLLR
Office of Unemployment Ins.
Litigation and Prosecution Unit
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201


Sunbelt Rentals
7912 Kincannon Place
Lorton, VA 22079


Suntrust Bank
Client Services
P.O. Box 26149
Richmond, VA 23260


Suntrust Bank
P.O. Box 791250
Baltimore, MD 21279


Suntrust Bank
P.O. Box 85526
Richmond, VA 23285


Tarant H. Lomax, Esquire, PC
940 Bay Ridge Avenue
Annapolis, MD 21403


Tarrant H. Lomax, Esquire
940 Bay Ridge Avenue
Annapolis, MD 21403


Tate Russack, Esquire
RLC Lawyers & Consultants
7999 N. Federal Highway, Suirte 100A
Boca Raton, FL 33487

Transworld Systems, Inc.
Collection Agency
507 Prudential Road
Horsham, PA 19044


Two Rivers Site Development Inc.
1610 Professional Bldg.
Crofton, MD 21114-2051


Two Rivers Site Development, Inc.
1610 Professional Bldg.
Crofton, MD 21114-2051


United Rentals Inc.
100 First Stamford Place, Suite 700
Stamford, CT 06902


US Bank
P.O. Box 3427
Oshkosh, WI 54903


Ventresca Enterprises Inc.
5101 Sunnyside Avenue
College Park, MD 20740-1107


Virgina Department of Taxation
P.O. Box 1777
Richmond, VA 23218-1777


Wells Fargo
300 TriState International, Suite 400
Lincolnshire, IL 60069


Westfield Insurance Co./Westfield Group
1 Park Circle
P.O. Box 5001
Westfield Center, OH 44251-5001

Westport Reclamation Services, Inc.
4024 Belle Grove Road
Brooklyn, MD 21225


William Perrone, Esquire
1289 Shadow Oak Drive
Malvern, PA 19355


York Specialty Inc.
571 Garbine Mill Road
Fawn Grove, PA 17321