```
                        United States Bankruptcy Court
                             District of Maryland
In re:                                                        Case No. 16-24485-NVA
Stephen R. Allen                                              Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0416-1           User: yoliver              Page 1 of 1                  Date Rcvd: Jan 23, 2017
                               Form ID: pdfparty          Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2017.
```
db             Stephen R. Allen,    1209 Algonquin Road,    Crownsville, MD 21032-2119
              +Charles R. Goldstein,    1 East Pratt Street,    Suite 800,    Baltimore, MD 21202-1127
              +Constance M. Hare,    723 South Charles Street, Suite LL3,    Baltimore, MD 21230-3853
              +Kimberly B. Lane,    611 Rockville Pike,    Suite 100,    Rockville, MD 20852-1178
              +U.S. Bank National Association,,    as Trustee,    8742 Lucent Boulevard,    Suite 300,
                Highlands Ranch, CO 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
*              Stephen R. Allen,    1209 Algonquin Road,    Crownsville, MD 21032-2119
                                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2017 at the address(es) listed below:
```
              Alan Carl Lazerow    alazerow@wtplaw.com
              Amy Kline    akline@thecreditorsfirm.com,   ab.kline@yahoo.com,legal@thecreditorsfirm.com
              Charles R. Goldstein    md-bank@protiviti.com,   MD13@ecfcbis.com
              Constance M. Hare    cmhare@mehl-green.com,   grgreen@mehl-green.com
              Douglas S. Rubin    drubin@siwpc.com,   Ecfmd1@siwpc.com,ecfmd2@siwpc.com,ecfmd3@siwpc.com,
               razzam@siwpc.com,klane@siwpc.com,mfreeman@siwpc.com,SIWPC@ecf.courtdrive.com
              Kyle J. Moulding    bankruptcymd@mwc-law.com
              Leah Christina Freedman    leah.freedman@bww-law.com,   bankruptcy@bww-law.com
              Michael J. Klima    bankruptcy@peroutkalaw.com
              Richard M. Sissman    RSissmanesq@his.com
                                                                                             TOTAL: 9
```

**SO ORDERED**

NO TIMELY OPPOSITION FILED.



*Nancy V. Alquist*
NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## BALTIMORE DIVISION

| | |
|---|---|
| In re: | |
| STEPHEN R. ALLEN, | CHAPTER 7 |
| DEBTOR. | CASE NO. 16-24485 |
| SPECIALIZED LOAN SERVICING LLC, AS SERVICING AGENT FOR CITIGROUP MORTGAGE LOAN TRUST INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-10, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, | |
| MOVANT, | |
| vs. | |
| STEPHEN R. ALLEN and CHARLES R. GOLDSTEIN, TRUSTEE, | |
| RESPONDENTS. | |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed by Specialized Loan Servicing LLC, as servicing agent for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2007-10, U.S. Bank National Association, as Trustee, its assignees and/or successors in interest ("Movant"), no responsive opposition having been filed with the Court by the Trustee, Debtor, or Counsel for debtor;  it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that relief from the automatic stay of 11 U.S.C. §362(a) in the above- captioned case is granted in favor of Movant and as to any purchaser at a foreclosure sale conducted at the direction of the Movant under the provisions of the Deed of Trust dated April 13, 2007, regarding the real property commonly known as **7798 NE 8th Court, Boca Raton, FL 33487**, and recorded among the land records of the County of Palm Beach, Florida.

**ORDERED** that entry of this Order shall be deemed to constitute relief from the Automatic Stay as to any interest the Chapter 7 Trustee may have in the subject property.

**ORDERED** that in the event of foreclosure, if the Debtor fails to voluntarily vacate the

File No. 49636

premises the successful purchaser may pursue the necessary legal means to obtain possession of the property.

**ORDERED** that in the event of foreclosure sale of the subject property is consummated and surplus funds exist as a result of such sale, a copy of the Report of Sale and all Auditor's reports shall be served on the Bankruptcy Trustee.

**ORDERED** that upon filing of the Report of Sale, the auditor shall be notified of the name and the address of the Bankruptcy Trustee to whom the surplus must be paid.

**ORDERED** that the provisions set forth in this Order shall apply to any subsequent assignee of the Movant and/or their successors in interest.

## SERVICE LIST

| | |
|---|---|
| Stephen R. Allen<br>1209 Algonquin Road<br>Crownsville, MD 21032-2119 | Debtor |
| Constance M. Hare<br>723 South Charles Street, Suite LL3<br>Baltimore, MD 21230 | Counsel for Debtor |
| Charles R. Goldstein<br>1 East Pratt Street<br>Suite 800<br>Baltimore, MD 21202 | Chapter 7 Trustee |
| Specialized Loan Servicing LLC, as servicing agent for Citigroup Mortgage Loan Trust Inc., Mortgage Pass-Through Certificates, Series 2007-10, U.S. Bank National Association, as Trustee<br>8742 Lucent Boulevard<br>Suite 300<br>Highlands Ranch, CO 80129 | Movant |
| Kimberly B. Lane<br>kbritt@siwpc.com<br>611 Rockville Pike<br>Suite 100<br>Rockville, MD 20852 | Counsel for Movant |

## END OF ORDER